# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**May 18, 2009**

| | | |
|---|---|---|
| 29122 | S. P-T., In re | Affirmed |

**June 29, 2009**

| | | |
|---|---|---|
| 28482 | Countrywide Home Loans, Inc. v. Church of Hawaii NEI | Affirmed |
| 29171 | L.F., In re | Affirmed |

**June 30, 2009**

| | | |
|---|---|---|
| 29143 | Murauskas v. Gusman | Affirmed |
| 29013 | Rivera v. State | Affirmed |
| 29396 | State v. Del Rosario | Reversed |
| 29413 | State v. Joslin | Vacated and Remanded |
| 28942, 28960, 28961, 28962, 28963, 28964 | State v. Snedeker | Affirmed |

**July 1, 2009**

| | | |
|---|---|---|
| 28821 | State v. Funn | Affirmed |

**July 2, 2009**

| | | |
|---|---|---|
| 29180 | Andrade v. Ell | Affirmed |
| 29176 | State v. Spencer | Affirmed |

**July 10, 2009**

| | | |
|---|---|---|
| 28900 | State v. Murphy | Affirmed |
| 28771 | State v. Ogan | Affirmed |

**July 15, 2009**

| | | |
|---|---|---|
| 29363 | Whitby v. State | Affirmed |

**July 20, 2009**

| | | |
|---|---|---|
| 29030 | Lui v. Pural Water Specialty Co., Inc. | Affirmed |